AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>JEAN PELICE, ▮▮▮▮▮▮<br><br>Defendant(s) | Case: 1:22-mj-00102<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/10/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 24-October 30, 2021___ in the county of _____ in the

_____ District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1203(a) | Hostage Taking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Bonura,  Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone_____ (specify reliable electronic means).

Date: ___05/10/2022___          _____
*Judge's signature*

City and state: ___Washington, DC___          U.S. Magistrate Judge Robin M. Meriweather
*Printed name and title*